THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.

(Argued October 6, 1890; decided October 14, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 24, 1890, which affirmed a judgment entered upon an order overruling a demurrer to the complaint.

*Henry C. Robinson* for appellant.

*Charles F. Tabor, Attorney-General,* for respondent.

Agree to affirm on opinion below.
All concur, except RUGER, Ch. J., dissenting.
Judgment affirmed.

———————

THE PEOPLE ex rel. CHRISTOPHER CLARK, Appellant, *v.* STEPHEN B. FRENCH et al., Commissioners, etc., Respondents.

(Argued October 6, 1890 ; decided October 14, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made February 17, 1890, which affirmed the proceedings of the defendants in dismissing the relator from the police force of the city of New York and dismissed a writ of certiorari to review the same.

*Louis J. Grant* for appellant.

*David J. Dean* for respondents.

Agree to affirm on authority of *People ex rel. Masterson* v. *French* (110 N. Y. 494).
All concur.
Order affirmed.